NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SOEDARSONO HARDJOOETOMO,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 10-70480

Agency No. A096-499-638

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 26, 2012[**]

Before:    SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

Soedarsono Hardjooetomo, a native and citizen of Indonesia, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for withholding of removal.

We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence,

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Wakkary v. Holder*, 558 F.3d 1049, 1056 (9th Cir. 2009), and we deny the petition for review.

Hardjooetomo does not argue he suffered past persecution in Indonesia, but fears persecution in the future as an ethnic Chinese Christian. Substantial evidence supports the agency's determination that, even under a disfavored group analysis, Hardjooetomo did not establish sufficient individualized risk to establish a clear probability of future persecution. *See id*. at 1066 ("[a]n applicant for withholding of removal will need to adduce a considerably larger quantum of individualized-risk evidence"); *see also Hoxha v. Ashcroft*, 319 F.3d 1179, 1185 (9th Cir. 2003). We reject Hardjooetomo's request for a remand for the agency to do a disfavored group analysis, because the agency already did it. Accordingly, Hardjooetomo's withholding of removal claim fails.

**PETITION FOR REVIEW DENIED.**